UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| **REGINALD L. BUTLER** | : | |
| **8622 Blackpool Drive** | : | |
| **Annandale, VA  22003** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. 07-cv-2046 (HHK) |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **HOUSING FINANCE AGENCY** | : | |
| **815 Florida Avenue, NW** | : | |
| **Washington, DC 20001** | : | |
| **Defendant.** | : | November 16, 2007 |

## NOTICE OF FILING AMENDED COMPLAINT AS A MATTER OF COURSE

The plaintiff, Reginald L. Butler, hereby amends his complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  The amended complaint merely adds more details to paragraphs 17 and 18 to clarify that the defendant's violations of the federal Family and Medical Leave Act (FMLA) also caused him damages and were not reasonable or undertaken in good faith.

The plaintiff filed the original complaint in Superior Court for the District of Columbia on or about October 24, 2007.  The defendant removed the case to this Court on November 13, 2007 but has not yet filed an answer. Under Rule 15(a) of the Federal Rules, the plaintiff has a right to file this amended complaint as a matter of course without motion or leave of court.

The amended complaint is attached hereto by email to the Clerk's general e-mail box as per the Court's e-mail filing procedures.

        Respectfully Submitted,
        The Plaintiff,
        REGINALD L. BUTLER


By __/s/Jonathan L. Gould_____
        Jonathan L. Gould
        DC Bar # 491052
        Kestell and Associates
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        Tel. 202-347-3889
        Fax 202-347-4482
        Email: jgould@igc.org

        Attorney for the Plaintiff