IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REGINALD L. BUTLER,                 )
                                    )
    *Plaintiff*,                      )
                                    )
*v.*                                )   Case No. 07-CV-2046 (HHK)
                                    )   Next Event: Status Conference
DISTRICT OF COLUMBIA                )                 11/14/08 at 10:00 a.m.
HOUSING FINANCE AGENCY,             )
                                    )
    *Defendant*.                     )
_____)

**JOINT CONSENT MOTION REQUESTING AN
EXTENSION OF THE DISCOVERY DEADLINE**

    Plaintiff Reginald L. Butler and Defendant District of Columbia Housing Finance Agency ("DCHFA") file this Joint Consent Motion requesting that the Court extend the deadline for the close of discovery by 18 days—from July 7, 2008 to July 25, 2008. Pursuant to Paragraph 7 of the Court's Original Scheduling Order, the Scheduling Order may be altered for exceptional and compelling reasons, which are present here.

**Background**

    This case involves claims brought by Mr. Butler against his former employer, DCHFA, for alleged violations of the D.C. Family and Medical Leave Act ("DC FMLA") and the federal Family and Medical Leave Act ("FMLA"). Plaintiff asserts that the leave at issue in this case was to care for his mother, whom Mr. Butler states was hospitalized and subsequently passed away in December 2006 in Ohio. Due to the need for medical information, much of which was out of state, and the time required for Mr. Butler to track down this information in response to DCHFA's discovery requests, the parties sought an initial extension of 60 days for all dates in

the original Scheduling Order:

| | | |
|---|---|---|
| Deadline for post-Rule 26(a)(1) discovery requests | 2/18/08 | to 4/18/08 |
| Plaintiff's Rule 26(a)(2) expert disclosures | 3/4/08 | to 5/5/08 |
| Defendant's Rule 26(a)(2) expert disclosures | 4/3/08 | to 6/5/08 |
| Discovery deadline | 5/5/08 | to 7/7/08 |
| Dispositive pretrial motions deadline | 6/4/08 | to 8/7/08 |

--Oppositions due 21 days from service of motion
--Replies due 14 days from service of opposition

This Court granted the parties' joint motion by Minute Order on February 19, 2008. (A copy of (1) the Court's Minute Order and (2) the CM/ECF notification of the new dates are attached as **Exhibit 1**).

## Argument

There are exceptional and compelling reasons for extending the discovery deadline in the current Scheduling Order. To date, the parties have been diligently pursuing discovery: all written discovery has been served and responses provided, Mr. Butler has provided his Rule 26(a)(2) expert report, and DCHFA has issued a document subpoena to Mr. Butler's employer. Due to scheduling concerns on the part of Mr. Butler, stemming from his reluctance to miss too many days of work, the parties have agreed to take Mr. Butler's deposition on June 20, 2008, which coincides with the depositions of DCHFA's witnesses. Because Mr. Butler is the plaintiff here, DCHFA would like time following Mr. Butler's deposition in case it becomes necessary to take follow-up depositions of other potential witnesses or take other investigative measures based on information that may be discovered during the Butler deposition. Due to the Fourth of July falling two weeks after Mr. Butler's deposition, the current schedule leaves DCHFA with one full week to take any necessary follow-up measures. As such, the parties respectfully request that the Court extend the discovery deadline for 18 days, from Monday, July 7, 2008 to Friday, July 25, 2008. This will ensure that any additional discovery can be taken if necessary.

In further support of the motion, and pursuant to Paragraph 6 of the Court's Original Scheduling Order, the parties state that the requested 18-day extension will not affect any other court deadlines or the Status Conference currently scheduled for November 14, 2008 at 10:00 a.m.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Consent Motion and enter the attached Proposed Order to govern scheduling for the remainder of the case.

Respectfully submitted this 28th day of May, 2008:

| | |
|---|---|
| /s/ Jonathan L. Gould | /s/ Charles W. Chotvacs |
| Jonathan L. Gould #491052 | Jeffrey W. Larroca #453718 |
| KESTELL & ASSOCIATES | Charles W. Chotvacs #484155 |
| 1012 14th Street, N.W. | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| Suite 630 | 601 13th Street, N.W. |
| Washington, D.C. 20005 | Suite 1000 South |
| Telephone: (202) 347-4481 | Washington, D.C. 20005-3807 |
| Facsimile: (202) 347-4482 | Telephone: (202) 661-2200 |
| E-mail: jgould@igc.org | Facsimile: (202) 661-2299 |
| *Counsel for Plaintiff* | E-mail: larroca@ballardspahr.com |
| *Reginald L. Butler* | chotvacsc@ballardspahr.com |
| | *Counsel for Defendant* |
| | *District of Columbia Housing Finance Agency* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
REGINALD L. BUTLER,                 )
                                    )
    *Plaintiff*,                      )
                                    )
v.                                  )    Case No. 07-CV-2046 (HHK)
                                    )    Next Event:  Status Conference
DISTRICT OF COLUMBIA                )           11/14/08 at 10:00 a.m.
HOUSING FINANCE AGENCY,             )
                                    )
    *Defendant*.                      )
_____ )

**ORDER ON THE PARTIES' JOINT CONSENT MOTION REQUESTING
AN EXTENSION OF THE DISCOVERY DEADLINE**

**AND**

**AMENDED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Consent Motion Requesting an Extension of the Discovery Deadline, and the record in this case, it is HEREBY ORDERED that the Parties' Joint Consent Motion is GRANTED, and that the following Amended Scheduling Order shall govern the remainder of this case:

1. The deadline for defendant's Rule 26(a)(2) expert witness report and information is **June 5, 2008**.

3. Discovery will close on **July 25, 2008**.

4. Dispositive motions must be filed on or by **August 7, 2008**, with oppositions due 21 days after service of the dispositive motion, and reply briefs due 14 days after service of the opposition.

5. A Status Conference will be held on **November 14, 2008 at 10:00 a.m.**, at which time a pretrial conference and trial date will be selected.

_____                          _____
Date                                     Henry H. Kennedy, Jr.
                                         United States District Judge

2

<u>A copy of the foregoing Order shall go to</u>:

Jonathan L. Gould
KESTELL & ASSOCIATES
1012 14th Street, N.W.
Suite 630
Washington, D.C. 20005
*Counsel for Plaintiff*
*Reginald L. Butler*

Jeffrey W. Larroca
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
*Counsel for Defendant*
*District of Columbia Housing Finance Agency*

2

*Reginald L. Butler v. District of Columbia Housing Finance Agency*
Case No. 07-CV-2046 (HHK)

# EXHIBIT 1

**Chotvacs, Charles W. (DC)**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Tuesday, February 19, 2008 12:44 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:07-cv-02046-HHK BUTLER v. DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY Order on Motion for Extension of Time to Complete Discovery

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 2/19/2008 at 12:43 PM EDT and filed on 2/19/2008
**Case Name:**      BUTLER v. DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY
**Case Number:**    1:07-cv-2046
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER granting [10] Joint Consent Motion Requesting Extension of All Time Deadlines in the Court's Scheduling Order. Accordingly, all deadlines in the court's scheduling order are extended by 60 days as set forth in the joint motion. Signed by Judge Henry H. Kennedy, Jr. on February 19, 2008. (NP)**


**1:07-cv-2046 Notice has been electronically mailed to:**

Charles Wheeler Chotvacs  chotvacsc@ballardspahr.com

Jonathan Gould  jgould@igc.org

**1:07-cv-2046 Notice will be delivered by other means to::**

2/19/2008

**Chotvacs, Charles W. (DC)**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Tuesday, February 19, 2008 12:49 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:07-cv-02046-HHK BUTLER v. DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY Set/Reset Deadlines

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 2/19/2008 at 12:48 PM EDT and filed on 2/19/2008
Case Name:       BUTLER v. DISTRICT OF COLUMBIA HOUSING FINANCE AGENCY
Case Number:    1:07-cv-2046
Filer:
Document Number: No document attached

Docket Text:
**Reset Deadlines: The deadline for post-Rule 26(a)(1) discovery requests is April 18, 2008. The deadline for plaintiffs Rule 26(a)(2) expert witness report and information is May 5, 2008. The deadline for defendants Rule 26(a)(2) expert witness report and information is June 5, 2008. Discovery will close on July 7, 2008. Dispositive motions are due on or before August 7, 2008, with oppositions due 21 days after service of the dispositive motion, and reply briefs due 14 days after service of the opposition. (NP)**


1:07-cv-2046 Notice has been electronically mailed to:

Charles Wheeler Chotvacs  chotvacsc@ballardspahr.com

Jonathan Gould  jgould@igc.org

1:07-cv-2046 Notice will be delivered by other means to::

2/19/2008