UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

**REGINALD L. BUTLER**  :
**8622 Blackpool Drive**  :
**Annandale, VA  22003**  :
                          :
      **Plaintiff,**   :
                          :
  v.                    :   Civil Action No. 07-cv-2046 (HHK)
                          :
**DISTRICT OF COLUMBIA**  :
**HOUSING FINANCE AGENCY**  :
**815 Florida Avenue, NW**  :
**Washington, DC 20001**  :
                          :
      **Defendant.**   :   June 5, 2008

**PLAINTIFF'S COUNSEL'S NOTICE RE: CHANGE OF ADDRESS**

Plaintiff's counsel in the above matter hereby serves notice as follows:

After June 1, 2008, the address of my office will change from:

Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel No. (202) 347-3889
Fax No. (202) 347-4482

To:

Jonathan L. Gould
Law Office of Jonathan L. Gould
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No.  (202) 347-3889
Fax No. (703) 652-7589

My email address will remain the same: jgould@igc.org.

Respectfully submitted,

By /s/Jonathan L. Gould _____

Jonathan L. Gould
DC Bar # 491052
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No. (202) 347-3889
Fax No. (703) 652-7589
Email  jgould@igc.org