IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
REGINALD L. BUTLER,                         )
                                            )
    *Plaintiff*,                           )
                                            )
v.                                          )   Case No. 07-CV-2046 (HHK)
                                            )   Next Event: Status Conference
DISTRICT OF COLUMBIA                        )          11/14/08 at 10:00 a.m.
HOUSING FINANCE AGENCY,                     )
                                            )
    *Defendant*.                           )
_____)

**JOINT CONSENT MOTION REQUESTING AN
EXTENSION OF THE DEADLINE FOR FILING DISPOSTIVE MOTIONS,
OPPOSITIONS AND REPLIES**

    Plaintiff Reginald L. Butler and Defendant District of Columbia Housing Finance Agency ("DCHFA") file this Joint Consent Motion requesting that the Court extend the deadline for the filing of dispositive motions by 15 days—from August 7, 2008 to August 22, 2008, and oppositions to the motions for 21 days or until September 12, 2008, and replies to the oppositions for 14 days thereafter or until September 26, 2008.  Pursuant to Paragraph 6 of the Court's Original Scheduling Order, the Scheduling Order may be altered for exceptional and compelling reasons, which are present here.

**Background**

    This case involves claims brought by Mr. Butler against his former employer, DCHFA, for alleged violations of the D.C. Family and Medical Leave Act ("DC FMLA") and the federal Family and Medical Leave Act ("FMLA").  Plaintiff asserts that the leave at issue in this case was to care for his mother, whom Mr. Butler states was hospitalized and subsequently passed away in December 2006 in Ohio.  Due to the need for medical information, much of which was

out of state, and the time required for Mr. Butler to track down this information in response to DCHFA's discovery requests, the parties sought an initial extension of 60 days for all dates in the original Scheduling Order. The Court granted the motion and closed discovery on July 7, 2008. Subsequently, the parties moved for an 18-day extension of discovery until July 25. The Court granted that motion as well.

**Argument**

There are exceptional and compelling reasons for extending the deadline in the current Scheduling Order for filing and responding to dispositive motions. The parties have completed discovery. However, because the defendant in another case was granted an extension of time, plaintiff's counsel has a large summary judgment opposition response now due on August 13, 2008. As a result, plaintiff's counsel also has had to move his vacation until the next week and will now be away from August 15 through August 25. Thus, he will not be able to meet the deadline for filing his opposition to the defendant's dispositive motion by the original date. In view of the foregoing, the fairest solution to both parties is to request an extension of the filing date for the dispositive motion for 15 days and to extend, in a similar manner, the opposition and reply dates.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Consent Motion and enter the attached Proposed Order to govern the scheduling for the filing of dispositive motions, oppositions and replies.

Respectfully submitted this 30th day of July, 2008:

| | |
|---|---|
| /s/ Jonathan L. Gould | /s/ Charles W. Chotvacs |
| Jonathan L. Gould #491052 | Jeffrey W. Larroca #453718 |
| Law Office of Jonathan L. Gould | Charles W. Chotvacs #484155 |
| 1730 M Street, NW | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| Suite 412 | 601 13th Street, N.W. |
| Washington, D.C. 20036 | Suite 1000 South |
| Telephone: (202) 347-3889 | Washington, D.C. 20005-3807 |
| Facsimile: (703) 652-7589 | Telephone: (202) 661-2200 |
| E-mail: jgould@igc.org | Facsimile: (202) 661-2299 |
| *Counsel for Plaintiff* | E-mail: larroca@ballardspahr.com |
| *Reginald L. Butler* | chotvacsc@ballardspahr.com |
| | *Counsel for Defendant* |
| | *District of Columbia Housing Finance Agency* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
REGINALD L. BUTLER,                    )
                                                      )
    *Plaintiff*,                               )
                                                      )
v.                                                   )    Case No. 07-CV-2046 (HHK)
                                                      )    Next Event: Status Conference
DISTRICT OF COLUMBIA             )             11/14/08 at 10:00 a.m.
HOUSING FINANCE AGENCY,   )
                                                      )
    *Defendant*.                            )
_____)

**ORDER ON THE PARTIES' JOINT CONSENT MOTION REQUESTING
AN EXTENSION OF THE DEADLINE FOR FILING AND RESPONDING TO
DISPOSITIVE MOTIONS**

Upon consideration of the Parties' Joint Consent Motion Requesting an Extension For Filing Dispositive Motions, Oppositions And Replies, it is HEREBY ORDERED that the Parties' Joint Consent Motion is GRANTED, and that the following Amended Scheduling Order shall govern the remainder of this case:

1. The deadline for the filing of a dispositive motion is extended by 15 days until August 22, 2008, with oppositions due 21 days after service of the dispositive motion, or by September 12, 2008 and reply briefs due 14 days after service of the opposition or by September 26, 2008.

5. A Status Conference will be held on **November 14, 2008 at 10:00 a.m.**.

_____                                 _____
Date                                                              Henry H. Kennedy, Jr.
                                                                     United States District Judge

A copy of the foregoing Order shall go to:

Jonathan L. Gould
1730 M Street, N.W.
Suite 412
Washington, D.C.  20036
*Counsel for Plaintiff*
*Reginald L. Butler*

Jeffrey W. Larroca
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005
*Counsel for Defendant*
*District of Columbia Housing Finance Agency*